In re PEACH STATE LABS, INC., Appellant.

No. 2014–1325.

United States Court of Appeals, Federal Circuit.

Feb. 5, 2015.

Jennifer L. Blackburn, Kilpatrick Townsend and Stockton LLP, Atlanta, GA, argued for appellant. Also represented by Mitchell G. Stockwell, David Clay Holloway.

Lore A. Unt, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA, argued for appellee. Also represented by Nathan K. Kelley, Sydney O. Johnson, Jr.

MOORE, TARANTO, and CHEN, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.